UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTOR RIVERA,

                Plaintiff,                              18-cv-9517 (PKC)

    -against-                                       ORDER

CITY OF NEW YORK, et al.

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The September 18, 2020 Final Pre-Trial Conference in this matter is rescheduled to September 16, 2020 at 11:00 a.m. in Courtroom 11D. To facilitate access to the Courthouse on the day of this conference, follow the instructions attached to this Order. Remote public access to this proceeding is available through the following call-in information:

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        The parties are further advised that this matter has been scheduled as the first back-up trial to Sussman v. Newspaper and Mail Deliverer's Union of New York and Vicinity, No. 16-cv-7659. In the event that Sussman settles or otherwise cannot proceed to trial, the trial in this matter will commence on September 29, 2020 at 10 a.m.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
          September 8, 2020

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.