UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VICTOR RIVERA,

                Plaintiff,                              18-cv-9517 (PKC)

    -against-                                          ORDER

CITY OF NEW YORK, et al.

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        There will be a teleconference in this matter on September 15, 2020 at 3:00 p.m.

The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
          September 15, 2020