UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR RIVERA,

                Plaintiff,                                                18-cv-9517 (PKC)

    -against-                                                       <u>ORDER</u>

CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Final Pre-Trial Conference on September 16, 2020 is vacated and the trial date of September 29, 2020 is vacated. The parties are to advise the Court when they are ready to try this case.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           September 16, 2020