UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR RIVERA,

                        Plaintiff,                        18-cv-9517 (PKC)

        -against-                                      <u>ORDER</u>

CITY OF NEW YORK, et al.

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Court set the case for trial for September 29, 2020. Counsel for each side advised the Court that neither side was prepared to try the case because of the pandemic, despite the resumption of trials in this district, and could not advise the Court when they would be ready to try the case. Accordingly, the Court vacated the trial date and advised counsel to inform the Court when they are ready to try the case.

        The parties' motions in limine (Doc 62 & 68) are deemed withdrawn without prejudice. They may be renewed on the existing briefing by filing new notices of motions. The Clerk shall terminate the motions (Doc 62 & 68).

        SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       October 27, 2020